

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> MICHAEL AXEL FLORES RAMIREZ (01) § <br> JOSE ARMANDO LARA TORRES (02) § <br> ABIGAEL COLIN SALDANA (03) § <br> GERARDO GUILLEN JR (04) § <br> PAOLA RODRIGUEZ (05) § <br> CINDY CERVANTES (06) § <br> ERICK RUBIO (07) § | No. 4:24-CR-70 <br> Judge Mazzant |

### FIRST SUPERSEDING INDICTMENT

The United States Grand Jury Charges:

### COUNT ONE

<u>Violation</u>: 18 U.S.C. § 933(a)(2), (3)
(Trafficking in Firearms;
Conspiracy and Attempt)

From on or about May 1, 2021, and continuing up to and including the date of the filing of this First Superseding Indictment, in the Eastern District of Texas and elsewhere,

MICHAEL AXEL FLORES RAMIREZ (01)
JOSE ARMANDO LARA TORRES (02)
ABIGAEL COLIN SALDANA (03)
GERARDO GUILLEN JR (04)
PAOLA RODRIGUEZ (05)
CINDY CERVANTES (06)
ERICK RUBIO (07),

Defendants, did knowingly conspire and agree with each other and with others known and unknown to the United States Grand Jury to receive or attempt to receive, in and affecting interstate commerce, firearms, to-wit: FN M249S 5.56 caliber rifles, Barrett, .50 caliber rifles, AK47 rifles, FN SCAR rifles, Century Arms International VSKA .762 rifles, and assorted handguns, while knowing or having reasonable cause to believe that such receipt would constitute a felony (as defined in section 932(a)), in violation of Title 18, United States Code, Sections 933(a)(2), (3) and 933(b).

## COUNT TWO

Violation: 18 U.S.C. § 932(b)(2)
(Straw Purchasing of Firearms)

From on or about May 1, 2021, and continuing up to and including the date of the filing of this First Superseding Indictment, in the Eastern District of Texas and elsewhere,

MICHAEL AXEL FLORES RAMIREZ (01)
JOSE ARMANDO LARA TORRES (02)
ABIGAEL COLIN SALDANA (03)
GERARDO GUILLEN JR (04)
PAOLA RODRIGUEZ (05)
CINDY CERVANTES (06)
ERICK RUBIO (07),

defendants, did knowingly conspire with each other and others known and unknown to the United States Grand Jury to purchase firearms, including, but not limited to: FN M249S 5.56 caliber rifles, Barrett, .50 caliber rifles, AK47 rifles, FN SCAR rifles, Century Arms International VSKA .762 rifles, and assorted handguns, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of ABIGAEL COLIN SALDANA, JOSE ARMANDO LARA TORRES or CINDY CERVANTES or individuals

unknown to the United States Grand Jury who reside in Mexico, knowing or having reasonable cause to believe that these individuals intended to use, carry, possess or sell or otherwise dispose of the firearm in furtherance of a felony or a drug trafficking crime, in violation of Title 18, United States Code, Section 932(b)(2).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), 18 U.S.C. § 934, and 28 U.S.C. § 2461.

As the result of committing the offenses alleged in this First Superseding Indictment, the defendants shall forfeit to the United States:

- a. any firearms and ammunition involved or used in the commission of these offenses;
- b. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
- c. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

**LARA TORRES:**

- Century Arms Int., VSKA, 7.62x39mm, rifle, bearing serial number SV7064346.

**FLORES RAMIREZ & COLIN SALDANA:**

- $18,350.00 in U.S. Currency
- $2,914.00 seized from Colin Saldana
- $760.00 seized from Flores Ramirez
- Beretta, 92FS, 9mm caliber, pistol, bearing serial number A170757Z.
- Taurus, PT111 G2A, 9mm caliber, pistol, bearing serial number ACC660917.
- AA Arms Inc., AP9, 9mm caliber, pistol, bearing serial number 049295.
- Glock, 43X, 9mm caliber, pistol, bearing serial number BSNN076.
- Glock, 43X, 9mm caliber, pistol, bearing serial number AHWA609.
- Colt, M4, 5.56 caliber, rifle, bearing serial number LE216693.

A TRUE BILL

*CJ*
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

MATTHEW T. JOHNSON
Assistant United States Attorney

Date: 10-9-24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. 4:24-CR-70 |
| | § | Judge Mazzant |
| MICHAEL AXEL FLORES RAMIREZ (01) | § | |
| JOSE ARMANDO LARA TORRES (02) | § | |
| ABIGAEL COLIN SALDANA (03) | § | |
| GERARDO GUILLEN JR (04) | § | |
| PAOLA RODRIGUEZ (05) | § | |
| CINDY CERVANTES (06) | § | |
| ERICK RUBIO (07) | § | |

**Count One**

Violation:   18 U.S.C. §§ 933(a)(2), (3), 933(b)

Penalty:    Imprisonment of not more than fifteen years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00

**Count Two**

Violation:   18 U.S.C. § 932(b)(2)

Penalty:    Imprisonment of not more than fifteen years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

If a violation of subsection (b) is committed knowing or with reasonable cause to believe that any firearm involved will be used to commit a [Federal or State] felony, a Federal crime of terrorism, or a drug trafficking crime, the person shall be sentenced to a term of imprisonment of not more than 25 years.
Special Assessment: $ 100.00